S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent review of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED,** and Ondilla's conviction and sentence are **AFFIRMED.**

**UNITED STATES of America,**
Plaintiff–Appellee,

v.

**Robert Thomas ONDILLA,**
Defendant–Appellant.

No. 07–14058
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 27, 2008.

Danny L. Durham, Henry Nelson Crane, III, Durham Law Firm, P.C., Augusta, GA, for Defendant–Appellant.

Amy Lee Copeland, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

Before BIRCH, DUBINA and CARNES, Circuit Judges.

PER CURIAM:

Danny Durham and Henry Crane, III, counsel for Robert Thomas Ondilla, have filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87